ALAN H. MacPHERSON (SBN 44286)
STEVEN M. LEVITAN (SBN 148716)
CLARK S. STONE (SBN 202123)
INCHAN A. KWON (SBN 247614)
MacPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, California  95110
Phone:  (408) 392-9250
Facsimile:  (408) 392-9262
Email: amacpherson@macpherson-kwok.com
      slevitan@macpherson-kwok.com
      cstone@macpherson-kwok.com
      ikwon@macpherson-kwok.com

Attorneys for Plaintiff and Counterdefendant
B&H MANUFACTURING COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems", <br><br>Plaintiff, <br><br>vs. <br><br>SIDEL, Inc., a Georgia Corporation, <br><br>Defendant. | Case No. 07-cv-02208 MCE EFB <br><br>**ORDER AND JOINT STIPULATION FOR EXTENSION OF TIME FOR B&H MANUFACTURING COMPANY, INC. TO REPLY OR OTHERWISE RESPOND TO SIDEL, INC.'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT** |
| SIDEL, Inc., a Georgia Corporation, <br><br>Counterclaimant, <br><br>vs. <br><br>B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems", <br><br>Counterdefendant. | |

      Pursuant to Eastern District of California Civil Local Rule 6-144, the parties in the above-captioned action hereby stipulate through their respective counsel that Plaintiff and Counterdefendant B&H MANUFACTURING COMPANY, INC. shall have up to and

including April 14, 2008 to respond to the Counterclaims in the above-captioned action.  This constitutes an extension of 21 days from the original response date of March 24, 2008.  There have been no previous extensions of the time to respond.  This extension will not alter an event or deadline already set by the Court.

Dated: March 24, 2008

| MACPHERSON KWOK CHEN & HEID LLP | SUGHRUE MION PLLC |
|---|---|
| By _____/s/_____<br>Alan H. MacPherson<br>Attorneys for Plaintiff and Counterdefendant<br>B&H MANUFACTURING COMPANY, INC. | By _____/s/_____<br>John B. Scherling<br>Attorneys for Defendant and Counterclaimant<br>SIDEL, INC. |

    I attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from John B. Scherling, counsel for Sidel, Inc.

Dated: March 24, 2008

                                       By _____/s/_____
                                             Alan H. MacPherson
                                             Attorneys for Plaintiff and Counterdefendant
                                             B&H MANUFACTURING COMPANY, INC.

IT IS SO ORDERED.

DATE: 3/28/2008

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE