1  STEVEN M. LEVITAN (SBN 148716)
   JENNIFER M. LANTZ (SBN 202252)
2  INCHAN A. KWON (SBN 247614)
   MacPHERSON KWOK CHEN & HEID LLP
3  2033 Gateway Place, Suite 400
   San Jose, California 95110
4  Phone:  (408) 392-9250
   Facsimile:  (408) 392-9262
5  Email: slevitan@macpherson-kwok.com
          jlantz@macpherson-kwok.com
6         ikwon@macpherson-kwok.com

7  Attorneys for Plaintiff and Counterclaim Defendant
   B&H MANUFACTURING COMPANY, INC.
8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14  B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems", | Case No. 2:07-cv-02208 MCE EFB |
| 15 | **ORDER GRANTING PLAINTIFF B&H MANUFACTURING COMPANY, INC.'S MOTION TO FILE UNDER SEAL THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND EXHIBITS I, K, L, M, N, O, P, Q, R, EE, FF, GG, HH, JJ, KK, AND LL ATTACHED TO THE DECLARATION OF INCHAN A. KWON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| 16           Plaintiff, | |
| 17  vs. | |
| 18  SIDEL, INC., a Georgia Corporation, | |
| 19           Defendant. | |
| 20 | |
| 21 | |
| 22 | Date:     February 6, 2009<br>Time:     9:00 a.m.<br>Place:    Courtroom 7<br>Before:   Hon. Morrison C. England, Jr. |
| 23 | |
| 24 | |
| 25  AND RELATED COUNTERCLAIMS | |

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Paragraph 17 of the Stipulated Order for the Protection of Confidential
2  Information ("Protective Order"), issued by this Court on September 26, 2008, and Rule 26(c) of
3  the Federal Rules of Civil Procedure, it is hereby ordered that the Memorandum of Points and
4  Authorities in Support of Plaintiff's Motion for Leave to File a First Amended Complaint, and
5  Exhibits I, K, L, M, N, O, P, Q, R, EE, FF, GG, HH, JJ, KK, and LL attached to the Declaration of
6  Inchan A. Kwon in Support of Plaintiff's Motion for Leave to File a First Amended Complaint, be
7  filed under seal, for good cause shown.

8  DATED: January 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL**   1   Case No. 2:07- cv -02208 MCE EFB

PDF created with pdfFactory trial version www.pdffactory.com