IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

B&H MANUFACTURING COMPANY,
INC., a California corporation doing
business as "B&H Labeling Systems,"

    Plaintiff,

vs.

SIDEL, INC., a Georgia Corporation,

    Defendant.
_____/

AND RELATED COUNTERCLAIMS
_____/

No. CIV S-07-2208 MCE EFB

ORDER

    The parties have requested the court to enter an order sealing their Joint Statement Re Discovery Disagreements and certain specified exhibits in support of the motions addressed in that joint statement. Good cause appearing therefore, the request is granted as to the exhibits. However, the application for a sealing order failed to establish a compelling reason for sealing the joint statement itself. For that reason, the court convened a conference call with all counsel to address the issue. Counsel have since reported to the court that they are withdrawing the request for sealing their joint statement.

    Accordingly, pursuant to Paragraph 17 of the Stipulated Order for the Protection of Confidential Information ("Protective Order"), issued by this Court on September 26, 2008, and

1  Rule 26(c) of the Federal Rules of Civil Procedure, the parties' Motion to Seal documents (Dckt.
2  No. 55), filed in support of the parties' Joint Statement relative to Plaintiff's Motion to Compel
3  Responses to Interrogatory Nos. 1-5, 8, 12-13, and 15, and Requests For Production Nos. 61-62,
4  is hereby GRANTED IN PART.
5      Pursuant to this order, the Clerk is directed to file UNDER SEAL:
6      1.  Plaintiff's Exhibits M, N, O, P, R, S, U, V, W, X, Y, Z, AA, BB, and DD, attached to
7  the sealed Declaration of Inchan A. Kwon; and,
8      2.  Defendant's Exhibit A, attached to the sealed Declaration of John B. Scherling.
9      SO ORDERED.
10 DATED: February 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE