STEVEN M. LEVITAN (SBN 148716)
JENNIFER M. LANTZ (SBN 202252)
INCHAN A. KWON (SBN 247614)
MacPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
Email: slevitan@macpherson-kwok.com
jlantz@macpherson-kwok.com
ikwon@macpherson-kwok.com

Attorneys for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems",<br><br>Plaintiff,<br><br>vs.<br><br>SIDEL, INC., a Georgia Corporation,<br><br>Defendant. | Case No. 2:07-cv-02208 MCE EFB<br><br>**ORDER GRANTING PLAINTIFF B&H MANUFACTURING COMPANY, INC.'S MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND PLAINTIFF'S EXHIBIT B ATTACHED TO THE DECLARATION OF JENNIFER M. LANTZ IN SUPPORT OF PLAINTIFF'S REPLY**<br><br>Date: February 6, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 7<br>Before: Hon. Morrison C. England, Jr. |
| AND RELATED COUNTERCLAIMS | |

1     Pursuant to Paragraph 17 of the Stipulated Order for the Protection of Confidential
2 Information ("Protective Order"), issued by this Court on September 26, 2008, and Rule 26(c) of
3 the Federal Rules of Civil Procedure, it is hereby ordered that the Reply in Support of Motion for
4 Leave to File a First Amended Compalitn and Plaintiff's Exhibit B attached to the Declaration of
5 Jennifer M. Lantz in Support of Plaintiff's Reply be filed under seal, for good cause shown.

6 DATED: February 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL**     1     Case No. 2:07- cv -02208 MCE EFB

PDF created with pdfFactory trial version www.pdffactory.com