1 | STEVEN M. LEVITAN (SBN 148716)
JENNIFER M. LANTZ (SBN 202252)
2 | INCHAN A. KWON (SBN 247614)
HAYNES AND BOONE, LLP
3 | 2033 Gateway Place, Suite 400
San Jose, California 95110
4 | Phone: (408) 392-9250
Facsimile: (408) 392-9262
5 |
Attorneys for Plaintiff and Counterclaim Defendant
6 | B&H MANUFACTURING COMPANY, INC.

7 | JOHN B. SCHERLING (SBN 122234)
SCOTT H. DAVISON (SBN 228807)
8 | SUGHRUE MION, PLLC
101 West Broadway, Suite 1600
9 | San Diego, California 92101
Phone: (619) 238-3545
10 | Facsimile: (619) 238-4931

11 | MARC BOLAND (admitted pro hac vice)
RAJA SALIBA (admitted pro hac vice)
12 | BRIAN SHELTON (admitted pro hac vice)
SUGHRUE MION, PLLC
13 | 2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
14 | Phone: (202) 293-7060
Facsimile: (202) 293-7860
15 |
Attorneys for Defendant and Counterclaimant
16 | SIDEL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B & H Labeling Systems", <br><br> Plaintiff, <br><br> vs. <br><br> SIDEL, INC., a Georgia Corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:07-CV-02208 MCE EFB <br><br> **STIPULATION AND ORDER RE: PARTIES' STIPULATED PROTECTIVE ORDER FOR THE PROTECTION OF CONFIDENTIAL INFORMATION** |

| | |
|---|---|
| 1 | Pursuant to General Local Rule 83-143, the parties hereby stipulate that the Stipulated Protective Order for the Protection of Confidential Information, which has been entered in this action and which governs the handling by both parties and their counsel of confidential business information produced in this action, will be deemed to apply to Haynes and Boone, LLP as B&H's counsel, and that any specific references in said Order to the law firm of MacPherson, Kwok, Chen & Heid, LLP will be interpreted to refer also to Haynes and Boone, LLP. B&H's counsel, formerly known as MacPherson, Kwok, Chen & Heid, LLP, recently concluded a merger with another law firm and is now known as Haynes and Boone, LLP. However, the Stipulated Protective Order makes several references by name to the law firm of MacPherson, Kwok, Chen & Heid, LLP as the law firm representing B&H bound by the Protective Order, and at present makes no provision for access to confidential information by Haynes and Boone, LLP. Hence, the parties agree as to the need to enter into the above-described stipulation. |

**HAYNES AND BOONE, LLP**　　　　　　　**SUGHRUE MION PLLC**

By /s/Inchan A. Kwon　　　　　　　　　　By /s/John B. Scherling
　　Inchan A. Kwon　　　　　　　　　　　　　John B. Scherling
　　Attorneys for Plaintiff and　　　　　　　　(as authorized on March 3, 2009)
　　Counterdefendant　　　　　　　　　　　　Attorneys for Defendant and
　　B&H MANUFACTURING　　　　　　　　Counterclaimant
　　COMPANY, INC.　　　　　　　　　　　　SIDEL, INC.

IT IS SO ORDERED, this 10th day of March, 2009.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE