| | |
|---|---|
| R. Scott Feldmann (State Bar No. 169230)<br>(admission application pending)<br>Jonathan M. Lindsay (State Bar No. 208840)<br>(admission application pending)<br>Thomas E. Dietrich (State Bar No. 254282)<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614-8505<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414 | Steven M. Levitan (State Bar No. 148716)<br>Jennifer M. Lantz (State Bar No. 202252)<br>Inchan A. Kwon (State Bar No. 247614)<br>HAYNES AND BOONE, LLP<br>2033 Gateway Place, Suite 400<br>San Jose, California 95110<br>Telephone: (408) 392-9250<br>Facsimile: (408) 392-9262 |

Co-counsel for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

| | |
|---|---|
| John B. Scherling (State Bar No. 122234)<br>Scott H. Davison (State Bar No. 228807)<br>SUGHRUE MION, PLLC<br>501 West Broadway, Suite 1600<br>San Diego, California 92101<br>Telephone: (619) 238-3545<br>Facsimile: (619) 238-4931 | Mark Boland (admitted pro hac vice)<br>Raja N. Saliba (admitted pro hac vice)<br>Brian K. Shelton (admitted pro hac vice)<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 293-7060<br>Facsimile: (202) 293-7860 |

Attorneys for Defendant and Counterclaimant
SIDEL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B&H Labeling Systems,"<br><br>        Plaintiff,<br><br>        v.<br><br>SIDEL, INC., a Georgia Corporation,<br><br>        Defendant. | CASE NO. 2:07-CV-02208 MCE EFB<br><br>**STIPULATION AND ORDER RE: PARTIES' STIPULATED PROTECTIVE ORDER FOR THE PROTECTION OF CONFIDENTIAL INFORMATION** |

/ / /

/ / /

/ / /

/ / /

/ / /

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

1  Pursuant to General Local Rule 83-143, the parties hereby stipulate that the Stipulated Protective Order for the Protection of Confidential Information (the "Protective Order") which has been entered in this action and which governs the handling by both parties and their counsel of confidential business information produced in this action will be deemed to apply also to Crowell & Moring LLP as B&H Manufacturing Company, Inc.'s ("B&H") co-counsel.  The parties further agree that any specific references in the Protective Order to the law firms of MacPherson, Kwok, Chen & Heid, LLP or Haynes and Boone, LLP will be interpreted to refer also to Crowell & Moring LLP.  B&H's original counsel, MacPherson, Kwok, Chen & Heid, LLP merged with another firm and became known as Haynes and Boone, LLP.  Further, Crowell & Moring LLP has been retained by B&H to serve as co-counsel for B&H, together with Haynes and Boone, LLP.  However, the Stipulated Protective Order at present makes no provision for access to confidential information by Crowell & Moring LLP.  Hence, the parties agree as to the need to enter into the above-described stipulation.

**CROWELL & MORING LLP**  **SUGHRUE MION PLLC**

By: /s/ Thomas E. Dietrich  By: /s/ John B. Scherling
   Thomas E. Dietrich     John B. Scherling
   R. Scott Feldmann      (as authorized on April 16, 2009)
   Jonathan M. Lindsay

   Co-counsel for Plaintiff and   Attorneys for Defendant and
   Counterdefendant               Counterclaimant
   B&H MANUFACTURING              SIDEL, INC.
   COMPANY, INC.

SO ORDERED

DATED:  April 20, 2009

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Cam No. 105307.002
IR4192986.2

1 Case No. 2:07-CV-02208 MCE EFB
STIPULATION AND [PROPOSED] ORDER RE: PARTIES' STIPULATED PROTECTIVE ORDER