| | |
|---|---|
| R. Scott Feldmann (State Bar No. 169230) | Steven M. Levitan (State Bar No. 148716) |
| Jonathan M. Lindsay (State Bar No. 208840) | Jennifer M. Lantz (State Bar No. 202252) |
| Thomas E. Dietrich (State Bar No. 254282) | Inchan A. Kwon (State Bar No. 247614) |
| CROWELL & MORING LLP | HAYNES AND BOONE, LLP |
| 3 Park Plaza, 20th Floor | 2033 Gateway Place, Suite 400 |
| Irvine, California 92614-8505 | San Jose, California 95110 |
| Telephone: (949) 263-8400 | Telephone: (408) 392-9250 |
| Facsimile: (949) 263-8414 | Facsimile: (408) 392-9262 |

Co-counsel for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

| | |
|---|---|
| John B. Scherling (State Bar No. 122234) | Mark Boland (admitted pro hac vice) |
| Scott H. Davison (State Bar No. 228807) | Raja N. Saliba (admitted pro hac vice) |
| SUGHRUE MION, PLLC | Brian K. Shelton (admitted pro hac vice) |
| 501 West Broadway, Suite 1600 | SUGHRUE MION, PLLC |
| San Diego, California 92101 | 2100 Pennsylvania Avenue, N.W. |
| Telephone: (619) 238-3545 | Washington, D.C. 20037 |
| Facsimile: (619) 238-4931 | Telephone: (202) 293-7060 |
| | Facsimile: (202) 293-7860 |

Attorneys for Defendant and Counterclaimant
SIDEL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B&H Labeling Systems," <br><br> Plaintiff, <br><br> v. <br><br> SIDEL, INC., a Georgia Corporation, <br><br> Defendant. | CASE NO. 2:07-CV-02208 MCE EFB <br><br> **STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff B&H Manufacturing Company, Inc. and Defendant Sidel, Inc. (collectively, the "Parties") in the above-captioned litigation (the "Action") by and through their respective counsel, submit this Stipulation and Proposed Order:

WHEREAS, this Court entered a Pretrial (Status) Scheduling Order ("Scheduling Order") in this Action on June 17, 2008;

WHEREAS, upon a stipulation by the parties submitted to the Court, this Court ordered the Scheduling Order to be amended in several respects on February 18, 2009 ("Amended Scheduling Order");

WHEREAS, to further facilitate settlement negotiations and mediation proceedings and conserve the resources of the parties and the Court, the parties have agreed to an extension of time in the amounts described below;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT:

The Amended Scheduling Order shall be further amended as follows:

| Item | Deadline from Amended Scheduling Order | Proposed New Deadline |
|---|---|---|
| Opening Claim Construction Briefs | May 1, 2009 | July 1, 2009 |
| Reply Claim Construction Briefs | May 15, 2009 | July 15, 2009 |
| Claim Construction Hearing | June 5, 2009 | August 7, 2009 |
| Fact Discovery Cut-Off | Completed by July 10, 2009 | Completed by September 10, 2009 |
| Expert Reports | July 31, 2009 | September 18, 2009 |
| Dispositive Motion Cut-Off | October 5, 2009 | December 7, 2009 |
| Joint Pretrial Conference Statement | September 20, 2009 | March 19, 2010 |
| Pretrial Conference | December 18, 2009 | April 15, 2010 at 2:00 p.m. in Courtroom 7 |

| Item | Deadline from Amended Scheduling Order | Proposed New Deadline |
|---|---|---|
| Exhibits Due to Court | January 25, 2010 | May 24, 2010 |
| Trial Date | February 1, 2010 | June 7, 2010 at 9:00 a.m. in Courtroom 7. |

It is further stipulated that this extension of time is without prejudice to defendants seeking a further extension after any service of newly-added defendants.

**IT IS SO STIPULATED.**

Respectfully submitted,

**CROWELL & MORING LLP**       **SUGHRUE MION PLLC**

By: /s/ R. Scott Feldmann  
    R. Scott Feldmann  
    Jonathan M. Lindsay  
    Thomas E. Dietrich  

    Co-counsel for Plaintiff and Counterdefendant  
    B&H MANUFACTURING COMPANY, INC.

DATED: April 30, 2009

By: /s/ John B. Scherling  
    John B. Scherling  
    (as authorized on April 27, 2009)

    Attorneys for Defendant and Counterclaimant  
    SIDEL, INC.

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE

crowell moring  
3 Park Plaza, 20th Floor  
Irvine, CA 92614-8505  
(949) 263-8400