| | |
|---|---|
| R. Scott Feldmann (State Bar No. 169230) | Steven M. Levitan (State Bar No. 148716) |
| Jonathan M. Lindsay (State Bar No. 208840) | Jennifer M. Lantz (State Bar No. 202252) |
| Thomas E. Dietrich (State Bar No. 254282) | Inchan A. Kwon (State Bar No. 247614) |
| CROWELL & MORING LLP | HAYNES AND BOONE, LLP |
| 3 Park Plaza, 20th Floor | 2033 Gateway Place, Suite 400 |
| Irvine, California 92614-8505 | San Jose, California 95110 |
| Telephone: (949) 263-8400 | Telephone: (408) 392-9250 |
| Facsimile: (949) 263-8414 | Facsimile: (408) 392-9262 |

Co-counsel for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

| | |
|---|---|
| John B. Scherling (State Bar No. 122234) | Mark Boland (admitted pro hac vice) |
| Scott H. Davison (State Bar No. 228807) | Raja N. Saliba (admitted pro hac vice) |
| SUGHRUE MION, PLLC | Brian K. Shelton (admitted pro hac vice) |
| 501 West Broadway, Suite 1600 | SUGHRUE MION, PLLC |
| San Diego, California 92101 | 2100 Pennsylvania Avenue, N.W. |
| Telephone: (619) 238-3545 | Washington, D.C. 20037 |
| Facsimile: (619) 238-4931 | Telephone: (202) 293-7060 |
| | Facsimile: (202) 293-7860 |

Attorneys for Defendant and Counterclaimant
SIDEL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B&H Labeling Systems,"<br><br>Plaintiff,<br><br>v.<br><br>SIDEL GROUP, a French corporation; SIDEL S.p.A., an Italian corporation; SIDEL CANADA, INC., a Canadian corporation; SIDEL ETK INC., a Canadian corporation; and SIDEL, INC., a Georgia Corporation,<br><br>Defendants. | CASE NO. 2:07-CV-02208 MCE EFB<br><br>**STIPULATION REGARDING (1) SERVICE OF SECOND AMENDED COMPLAINT AND (2) AMENDMENT OF PRETRIAL SCHEDULE; ORDER** |

/ / /

/ / /

Case No. 2:07-CV-02208 MCE EFB
STIPULATION RE: (1) SERVICE OF SECOND AMENDED COMPLAINT AND (2) AMENDMENT OF PRETRIAL SCHEDULE AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff B&H Manufacturing Company, Inc. ("B&H" or "Plaintiff") and Defendant Sidel, Inc. ("Sidel, Inc.") (collectively, the "Parties") in the above-captioned litigation (the "Action") by and through their respective counsel submit this Stipulation and Proposed Order:

WHEREAS, this case concerns Plaintiff's allegations that Defendants infringe multiple claims of U.S. Patent Nos. 5,091,040 and 5,478,422 related to machines for attaching labels to containers;

WHEREAS, this Court approved the Parties' Stipulation to Amend the Scheduling Order in the Action on April 30, 2009 (the "Amended Scheduling Order");

WHEREAS, on May 14, 2009, B&H requested that undersigned counsel to Sidel, Inc. accept service on behalf of Sidel Group, Sidel S.p.A., Sidel Canada, Inc., and Sidel ETK Inc., which were added as Defendants in the First Amended Complaint filed on March 11, 2009;

WHEREAS, in its January 23, 2009 Opposition to Motion for Leave to Amend and in May 21, 2009 correspondence to B&H counsel, Sidel, Inc. advised B&H that Sidel Group and Sidel ETK Inc. are not actual or existing legal entities and stated that Sidel ETK Inc. was dissolved in 2007 and all assets and liabilities transferred to Sidel Canada, Inc. and Sidel Group is not a legal entity but a corporate trade name;

WHEREAS, Sidel S.A.S. (now Sidel Participations), is a corporation organized and existing under the laws of France and, on information and belief of B&H, may be named in place of Sidel Group;

WHEREAS, Sidel, Inc. agrees that this Stipulation is entered without prejudice to B&H's ability to pursue claims in this Action against Sidel ETK Inc. and/or Sidel Group if it is later determined that Sidel ETK Inc. is still in business or Sidel Group is an independent legal entity, and is without prejudice to any defenses that might be raised if B&H pursues such claims;

WHEREAS, Sidel, Inc.'s counsel is authorized and agrees to accept service of the Second Amended Complaint on behalf of Sidel S.p.a., Sidel Canada, Inc., and Sidel S.A.S. upon entry of this Stipulation;

WHEREAS, B&H agrees that, by entering into this Stipulation and waiving service of the Second Amended Complaint, Defendants do not (1) agree to the accuracy of the allegations set

PDF created with pdfFactory trial version www.pdffactory.com

forth within the Second Amended Complaint or (2) waive any procedural or substantive defenses or affirmative claims otherwise available to them, and specifically preserve all rights to correct the record or otherwise seek additional relief with respect to the March 10, 2009 Memorandum and Order granting Plaintiff's Motion for Leave to Amend the Complaint;

WHEREAS, Sidel S.p.A., Sidel Canada, Inc., and Sidel S.A.S. are located outside of the United States, in Italy, Canada, and France, respectively;

WHEREAS, Sidel S.p.A., Sidel Canada, Inc., and Sidel S.A.S. require additional time to properly investigate and respond to the allegations in the Second Amended Complaint; and

WHEREAS, discovery in this Action is likely to require production and translation of significant documents located abroad, as well as depositions to be taken in foreign jurisdictions;

NOW THEREFORE IT HEREBY IS STIPULATED AND AGREED between the parties, by and through their counsel of record, that the Parties hereby stipulate to the filing of the Second Amended Complaint attached hereto as Exhibit 1, and the Amended Scheduling Order filed on April 30, 2009, shall be further amended as follows:

| Item | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Defendants Respond to Second Amended Complaint | N/A | July, 31, 2009 |
| Last Day for Parties to Confer Per FRCP 26(f) | N/A | August 11, 2009 |
| FRCP 26(a) Initial Disclosures | N/A | August 21, 2009 |
| Opening Claim Construction Briefs | July 1, 2009 | November 16, 2009 |
| Reply Claim Construction Briefs | July 15, 2009 | December 11, 2009 |
| Claim Construction Hearing | August 7, 2009 | January 7, 2010 |
| Fact Discovery Cut-Off | Completed by September 10, 2009 | Completed by June 25, 2010 |
| Expert Reports | September 18, 2009 | July 9, 2010 |

Crowell & Moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

PDF created with pdfFactory trial version www.pdffactory.com

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Dispositive Motion Cut-Off | December 7, 2009 | October 4, 2010 |
| Joint Pretrial Conference Statement | March 19, 2010 | January 28, 2011 |
| Pretrial Conference | April 15, 2010, at 2:00 p.m. in Courtroom 7 | February 24, 2011, at 2:00 p.m. in Courtroom 7 |
| Exhibits Due to Court | May 24, 2010 | April 4, 2011 |
| Trial Date | June 7, 2010, at 9:00 a.m. in Courtroom 7 | April 18, 2011, at 9:00 a.m. in Courtroom 7 |

**IT IS SO STIPULATED.**

**CROWELL & MORING LLP**                                **SUGHRUE MION PLLC**

By: /s/ R. Scott Feldmann_____          By: /s/ John B. Scherling_____
    R. Scott Feldmann                                              John B. Scherling
    Jonathan M. Lindsay                                          (as authorized on June 5, 2009)
    Thomas E. Dietrich

Co-counsel for Plaintiff and                                 Attorneys for Defendants and
Counterdefendant                                                Counterclaimants
B&H MANUFACTURING                                      SIDEL, INC.,
COMPANY, INC.                                                   SIDEL S.A.S.,
                                                                                           SIDEL CANADA, INC., and
                                                                                           SIDEL S.p.A.

Good cause having been shown, the Court grants the filing of the Second Amended Complaint and the parties' request to continue the deadlines set forth within the April 30, 2009 Amended Pretrial Scheduling Order. A Second Amended Pretrial Scheduling Order setting forth the new schedule will be issued within ten (10) days.

**IT IS SO ORDERED.**

Dated:  June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Cam No. 105307.002

PDF created with pdfFactory trial version www.pdffactory.com