| | |
|---|---|
| 1 | John B. Scherling (SBN 122234) |
| 2 | Scott H. Davison (SBN 228807) |
|   | SUGHRUE MION, PLLC |
| 3 | 501 West Broadway, Suite 1600 |
|   | San Diego, California 92101-3595 |
| 4 | Telephone:  619.238.3545 |
|   | Facsimile:  619.238.4931 |
| 5 | jscherling@sughrue.com |
|   | sdavison@sughrue.com |

Mark Boland (*pro hac vice*)
Raja N. Saliba (*pro hac vice*)
Brian K. Shelton (*pro hac vice*)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone:  202.293.7060
Facsimile:  202.293.7860
mboland@sughrue.com
rsaliba@sughrue.com
bshelton@sughrue.com

Attorneys for Defendants and Counterclaim Plaintiffs
SIDEL PARTICIPATIONS, SIDEL S.p.A.,
SIDEL CANADA, INC. and SIDEL, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| B&H MANUFACTURING CO., INC., a California corporation doing business as "B&H Labeling Systems,"<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SIDEL, S.A.S., a French corporation; SIDEL S.p.A. , an Italian corporation; SIDEL CANADA, INC., a Canadian corporation; and SIDEL, INC., a Georgia corporation,<br><br>Defendants and Counterclaim Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  07-cv-02208 MCE EFB<br><br>**ORDER GRANTING DEFENDANT SIDEL S.p.A.'S MOTION TO FILE UNDER SEAL PAPERS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENTS 5,091,040 AND 5,478,422**<br><br>Date:  November 12, 2009<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 7<br>Judge:  Honorable Morrison C. England, Jr. |

1  Pursuant to Paragraph 17 of the Stipulated Protective Order for the Protection of Confidential
2  Information, issued by this Court on September 26, 2008, Rule 26(c) of the Federal Rules of Civil
3  Procedure and General Local Rule 39-141, it is hereby ordered that (1) Defendant Sidel S.p.A.'s
4  Notice Of Motion And Motion For Summary Judgment Of Non-Infringement Of U.S. Patent
5  5,091,040, (2) Defendant Sidel S.p.A.'s Memorandum Of Points and Authorities In Support Of
6  Motion For Summary Judgment Of Non-Infringement of U.S. Patent 5,091,040, (3) Defendant Sidel
7  S.p.A.'s Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of Non-
8  Infringement Of U.S. Patent 5,091,040, (4) Defendant Sidel S.p.A.'s Notice Of Motion And Motion
9  For Summary Judgment Of Non-Infringement Of U.S. Patent 5,478,422, (5) Defendant Sidel
10 S.p.A.'s Memorandum Of Points And Authorities In Support Of Motion For Summary Judgment Of
11 Non-Infringement Of U.S. Patent 5,478,422, (6) Declaration Of David L. Trumper, Ph.D. In Support
12 Of Defendant Sidel S.p.A.'s Motion For Summary Judgment Of Non-Infringement of U.S. Patent
13 5,478,422, (7) Defendant Sidel S.p.A.'s Statement Of Undisputed Facts In Support Of Motion For
14 Summary Judgment Of Non-Infringement Of U.S. Patent 5,478,422, (8) Declaration Of Antonio
15 Secchi In Support Of Defendant Sidel S.p.A.'s Motions For Summary Judgment Of Non-
16 Infringement Of U.S. Patents 5,091,040 And 5,478,422 and (9) Defendant's Exhibits DX-9, DX-10,
17 DX-11, DX-12, DX-13, DX-14, DX-17 and DX-20 attached to the Declaration Of John B. Scherling
18 In Support Of Defendant Sidel S.p.A.'s Motions For Summary Judgment Of Non-Infringement Of
19 U.S. Patents 5,091,040 And 5,478,422 all be filed under seal, for good cause shown.

DATED: November 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE