R. Scott Feldmann (State Bar No. 169230)
  sfeldmann@crowell.com
Jonathan M. Lindsay (State Bar No. 208840)
  jlindsay@crowell.com
Thomas E. Dietrich (State Bar No. 254282)
  tdietrich@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414

Jennifer H. Burdman (*pro hac vice* to be filed)
  jburdman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:  (202) 264-2500
Facsimile:   (202) 628-5116

Counsel for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B&H Labeling Systems,"<br><br>            Plaintiff,<br><br>    v.<br><br>SIDEL S.A.S., a French corporation,<br>SIDEL S.p.A., an Italian corporation,<br>SIDEL CANADA, Inc., a Canadian corporation, and<br>SIDEL, Inc., a Georgia corporation,<br><br>            Defendants. | CASE NO. 2:07-CV-02208 MCE EFB<br><br>**AMENDED ORDER REGARDING SEALING OF B&H MANUFACTURING COMPANY, INC.'S REVISED MEMORANDUMS OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 5,091,040 AND 5,478,422** |

/ / /

/ / /

/ / /

/ / /

Case No. 2:07-CV-02208 MCE EFB
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Paragraph 17 of the Stipulated Protective Order for the Protection of Confidential Information ("Protective Order") issued by this Court on September 26, 2008, Rule 26(c) of the Federal Rules of Civil Procedure, and Local Rule 39-141, the following documents are to be filed under seal for good cause shown:

(1) B&H's Revised Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 5,091,040; and

(2) B&H's Revised Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 5,478,422.

IT IS SO ORDERED.

DATED: November 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Cam No. 105307.002
IR4281494.1

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

PDF created with pdfFactory trial version www.pdffactory.com