```
 1  John B. Scherling (SBN 122234)
    Scott H. Davison (SBN 228807)
 2  SUGHRUE MION, PLLC
    501 West Broadway, Suite 1600
 3  San Diego, California 92101-3595
    Telephone:  619.238.3545
 4  Facsimile:  619.238.4931
    jscherling@sughrue.com
 5  sdavison@sughrue.com

 6  Mark Boland (pro hac vice)
    Raja N. Saliba (pro hac vice)
 7  Brian K. Shelton (pro hac vice)
    SUGHRUE MION, PLLC
 8  2100 Pennsylvania Avenue, N.W.
    Washington, D.C. 20037
 9  Telephone:  202.293.7060
    Facsimile:  202.293.7860
10  mboland@sughrue.com
    rsaliba@sughrue.com
11  bshelton@sughrue.com

12  Attorneys for Defendants and Counterclaim Plaintiffs
13  SIDEL PARTICIPATIONS, SIDEL S.p.A.,
    SIDEL CANADA, INC. and SIDEL, INC.
14
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING CO., INC., a California corporation doing business as "B&H Labeling Systems," <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SIDEL, S.A.S., a French corporation; SIDEL S.p.A. , an Italian corporation; SIDEL CANADA, INC., a Canadian corporation; and SIDEL, INC., a Georgia corporation, <br><br> Defendants and Counterclaim Plaintiffs. <br><br> AND RELATED COUNTERCLAIMS. | Case No.:  07-cv-02208 MCE EFB <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL REPLY PAPERS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENTS 5,091,040 AND 5,478,422** <br><br> Date:  November 12, 2009 <br> Time:  10:30 a.m. <br> Dept.:  Courtroom 7 <br> Judge:  Honorable Morrison C. England, Jr. |

Pursuant to Paragraph 17 of the Stipulated Protective Order for the Protection of Confidential Information, issued by this Court on September 26, 2008, Rule 26(c) of the Federal Rules of Civil Procedure and General Local Rule 39-141, IT HEREBY IS ORDERED that

(1) Defendants' Reply To B&H Manufacturing Company, Inc.'s Response To Defendants' Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of Non-Infringement Of U.S. Patent 5,091,040,

(2) Defendants' Reply Memorandum Of Points And Authorities In Support Of Motion For Summary Judgment Of Non-Infringement Of U.S. Patent 5,478,422,

(3) Defendants' Reply To B&H Manufacturing Company, Inc.'s Response To Defendants' Statement Of Undisputed Facts In Support Of Motion For Summary Judgment Of Non-Infringement Of U.S. Patent 5,478,422,

(4) Defendants' Response To B&H Manufacturing Company, Inc.'s Statement Of Disputed Facts In Opposition To Defendants' Motion For Summary Judgment Of Non-Infringement Of U.S. Patent 5,478,422 and

(5) Supplemental Declaration Of Antonio Secchi In Support Of Defendant Sidel S.p.A.'s Motions For Summary Judgment Of Non-Infringement Of U.S. Patents 5,091,040 And 5,478,422

all be filed under seal, for good cause shown.

DATED:  November 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE