R. Scott Feldmann (State Bar No. 169230)
Jonathan M. Lindsay (State Bar No. 208840)
Thomas E. Dietrich (State Bar No. 254282)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:   (949) 263-8400
Facsimile:   (949) 263-8414

Jennifer H. Burdman (pro hac vice pending)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: 202.264.2500
Fax: 202.628.5116
Email: jburdman@crowell.com

Attorneys for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

John B. Scherling (State Bar No. 122234)
Scott H. Davison (State Bar No. 228807)
SUGHRUE MION, PLLC
501 West Broadway, Suite 1600
San Diego, California 92101
Telephone:   (619) 238-3545
Facsimile:   (619) 238-4931

Mark Boland (admitted pro hac vice)
Raja N. Saliba (admitted pro hac vice)
Brian K. Shelton (admitted pro hac vice)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone:   (202) 293-7060
Facsimile:   (202) 293-7860

Attorneys for Defendants and Counterclaim Plaintiffs
SIDEL PARTICIPATIONS, SIDEL S.P.A.,
SIDEL CANADA, INC. and SIDEL, INC.

**FILED**
DEC 1 5 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B&H Labeling Systems,"<br><br>Plaintiff,<br><br>v.<br><br>SIDEL S.A.S., a French corporation; SIDEL S.p.A., an Italian corporation; SIDEL CANADA, INC. a Canadian corporation; and SIDEL, INC., a Georgia corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:07-CV-02208 MCE EFB<br><br>**STIPULATION AND ORDER SETTING PAGE LIMIT FOR CLAIM CONSTRUCTION OPENING AND REPLY BRIEFS** |

Plaintiff B&H Manufacturing Company, Inc. and Defendants and Counterclaim Plaintiffs

Sidel Participations (erroneously named in the Second Amended Complaint as Sidel S.A.S.), Sidel

1  S.p.A., Sidel Canada, Inc. and Sidel, Inc. (collectively, the "Parties") in the above-captioned
2  litigation (the "Action") by and through their respective counsel, submit this Stipulation and
3  Proposed Order:
4      WHEREAS, this case concerns Plaintiff's allegations that Defendants infringe multiple
5  claims of U.S. Patent Nos. 5,091,040 (entitled "Turret Type Labeling Machine with Contoured
6  Vacuum Drum") and 5,478,422 (entitled "Computer Controlled Turret Type Labeling Machine");
7      WHEREAS, pursuant to the Stipulation Regarding (1) Service of Second Amended
8  Complaint and (2) Amendment of Pretrial Schedule and Order thereon filed on June 16, 2009, claim
9  construction opening briefs presently are due on November 16, 2009; and
10     WHEREAS, due to the nature of the technology at issue, the assertion of two patents, and the
11 number and type of claim terms requiring construction, the Parties anticipate that approximately 50
12 pages for their Opening Briefs and approximately 30 pages for their Reply Briefs are necessary to
13 adequately address the issues;
14     Now, therefore, IT HEREBY IS STIPULATED AND AGREED between the Parties, by and
15 through their counsel of record, that the Parties may file Opening Claim Construction Briefs up to 50
16 pages in length and Reply Briefs of up to 30 pages in length.
17     **IT IS SO STIPULATED.**
18 Respectfully submitted,
19 **CROWELL & MORING LLP**
20 By /s/ R. Scott Feldmann
21     R. Scott Feldmann
    (as authorized on September 9, 2009)
    Co-counsel for Plaintiff and Counterdefendant
22     B&H MANUFACTURING    COMPANY, INC.
23 **SUGHRUE MION PLLC**
24 By /s/ John B. Scherling
25     John B. Scherling
    Attorneys for Defendants and Counterclaim Plaintiffs
26     SIDEL PARTICIPATIONS, SIDEL    S.P.A., SIDEL CANADA, INC. and SIDEL, INC.
27
28

ORDER

Pursuant to the stipulation of the parties, and good cause appearing therfor, the parties may file opening briefs on claim construction may be up to fifty (50) pages in length. Replies, if any, shall not exceed thirty (30) pages.  The Court notes that the claims construction deadlines have been changed, by Order filed November 6, 2009, to permit the filing of openings briefs not later than December 18, 2009, with replies, if any, due by January 15, 2010 in advance of the claims construction hearing itself, scheduled for Friday, February 5, 2010 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 12-15-2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE