| | |
|---|---|
| R. Scott Feldmann (State Bar No. 169230) | Jennifer Burdman (admitted pro hac vice) |
| Jonathan M. Lindsay (State Bar No. 208840) | CROWELL & MORING LLP |
| Thomas E. Dietrich (State Bar No. 254282) | 1001 Pennsylvania Avenue, N.W. |
| CROWELL & MORING LLP | Washington, D.C. 20004-2595 |
| 3 Park Plaza, 20th Floor | Telephone: (202) 264-2500 |
| Irvine, California 92614-8505 | Facsimile: (202) 628-5116 |
| Telephone: (949) 263-8400 | |
| Facsimile: (949) 263-8414 | |

Attorneys for Plaintiff and Counterclaim Defendant
B&H MANUFACTURING COMPANY, INC.

| | |
|---|---|
| John B. Scherling (State Bar No. 122234) | Mark Boland (admitted pro hac vice) |
| SUGHRUE MION, PLLC | Raja N. Saliba (admitted pro hac vice) |
| 501 West Broadway, Suite 1600 | Brian K. Shelton (admitted pro hac vice) |
| San Diego, California 92101 | SUGHRUE MION, PLLC |
| Telephone: (619) 238-3545 | 2100 Pennsylvania Avenue, N.W. |
| Facsimile: (619) 238-4931 | Washington, D.C. 20037 |
| | Telephone: (202) 293-7060 |
| | Facsimile: (202) 293-7860 |

Attorneys for Defendants and Counterclaimants
SIDEL S.A.S., SIDEL S.p.A., SIDEL CANADA, INC., AND SIDEL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., a California corporation doing business as "B&H Labeling Systems," <br><br> Plaintiff, <br><br> v. <br><br> SIDEL S.A.S., a French corporation, SIDEL S.p.A., an Italian corporation, SIDEL CANADA, Inc., a Canadian corporation, and SIDEL, Inc., a Georgia corporation, <br><br> Defendants. | CASE NO. 2:07-CV-02208 MCE EFB <br><br> **JOINT STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND RELEASE** |

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff and Counterclaim Defendant B&H Manufacturing Company, Inc. and Defendants
2   and Counterclaim Plaintiffs Sidel Participations (named in the Second Amended Complaint as
3   Sidel S.A.S.), Sidel S.p.A., Sidel Canada, Inc., and Sidel, Inc. (Sidel entities collectively referred
4   to as "Sidel") (collectively with B&H, the "Parties") in the above-captioned litigation (the
5   "Action") by and through their respective counsel submit this Joint Stipulation and Order
6   Dismissing the Entire Action with Prejudice and Retaining Jurisdiction to Enforce Settlement
7   Agreement and Release.

8   WHEREAS, the Parties have entered into a confidential settlement agreement and release
9   effective December 29, 2009 (the "Agreement & Release");

10  WHEREAS, the Parties agree that it is in their interest and the interest of efficiency and
11  cost-effectiveness for this Court to retain jurisdiction over enforcement of the Agreement &
12  Release;

13  THEREFORE, pursuant to the Agreement & Release, the Parties stipulate and agree that
14  the Action in its entirety, including all claims by B&H and all counterclaims by Sidel, is hereby
15  dismissed with prejudice, with each Party bearing its own attorneys' fees, costs, and expenses
16  incurred in the Action. The Parties further stipulate and agree that, subject to the Court's
17  approval, this Court will retain jurisdiction over enforcement of the Agreement & Release
18  pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Case No. 2:07-CV-02208 MCE EFB
JOINT STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND RELEASE

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

| CROWELL & MORING LLP | SUGHRUE MION, PLLC |
|---|---|
| By: /s/ _____<br>R. Scott Feldmann<br>Jonathan M. Lindsay<br>Jennifer Burdman<br>Thomas E. Dietrich<br><br>Attorneys for Plaintiff and Counterdefendant<br>B&H MANUFACTURING COMPANY, INC. | By: /s/ _____<br>John B. Scherling<br>Mark Boland<br>Raja N. Saliba<br>Brian K. Shelton<br><br>Attorneys for Defendants and Counterclaimants<br>SIDEL, INC.,<br>SIDEL S.A.S. (now Sidel Participations),<br>SIDEL CANADA, INC., and<br>SIDEL S.p.A. |

### ORDER

Pursuant to the parties' stipulation, this case is hereby dismissed in its entirety, subject to the Court's retention of continuing jurisdiction to enforce the parties' settlement should that be necessary.  The Clerk is hereby directed to close the file.

IT IS SO ORDERED.

DATED: January 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com